# In the United States Court of Appeals for the Fifth Circuit

SORPTIVE MINERALS INSTITUTE and BLUE MOUNTAIN PRODUCTION COMPANY,

    Petitioners,

v.

MINE SAFETY AND HEALTH ADMINISTRATION, and JULIE SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Respondents.

No. 24-60306

## UNOPPOSED REQUEST TO HOLD RESPONDENT'S MOTION TO TRANSFER IN ABEYANCE

For the reasons set forth below, Petitioners Sorptive Minerals Institute and Blue Mountain Production Company (collectively, "Petitioners") request this Court to hold in abeyance Respondent Mine Safety and Health Administration's ("Respondent") motion to transfer filed June 18, 2024, (Dkt. 9) pending the Eighth Circuit's decision on Petitioner's motion to dismiss its Petition for Review before that Court. As set forth below, Respondent does not oppose this request.

1.    As Respondent indicates in its motion to transfer, the Sorptive Minerals Institute ("SMI") filed its initial Petition for Review on April 29, 2024 in the Eighth Circuit. (*See Sorptive Minerals Institute v. MSHA*, Case No. 24-1889, filed April 29, 2024).

2. On June 12, 2024, a coalition consisting of the National Stone, Sand, and Gravel Association and other trade associations filed a Petition for Review in this Court, challenging the same final rule at issue in SMI's petition before the Eighth Circuit. (Dkt. 1)

3. On June 14, 2024, to ensure that it had secured venue in an appropriate court of appeals to challenge the final rule, SMI and its co-petitioner Blue Mountain Production Company (located in the Fifth Circuit) filed a separate Petition for Review in the Fifth Circuit. (Dkt. 3-2) That same day, this Court consolidated the SMI/Blue Mountain Production Company joint Petition with the Petition filed by the parties in 24-60306. (Dkt. 3-1, p. 4)

4. On June 18, 2024, Respondent moved this Court to transfer both pending Petitions to the Eighth Circuit pursuant to 28 U.S.C. § 2112(a)(5). (Dkt. 9)

5. On June 21, 2024, SMI filed a motion to voluntarily dismiss its petition for review in the Eighth Circuit.

6. We have consulted with counsel for Respondent. Counsel does not oppose the present request to hold in abeyance Respondent's motion in this Court to transfer until the Eighth Circuit rules on the pending motion to dismiss.

7. If the Eighth Circuit grants SMI's motion to dismiss, the only pending petitions for review of the final rule will be before this Court.

WHEREFORE, Petitioners respectfully request, without opposition, that this Court hold Respondent's motion to transfer in abeyance pending the Eighth Circuit's ruling on SMI's motion to dismiss.

Date:  June 24, 2024					Respectfully submitted,


						*/s/ Mark Trapp*
						Mark M. Trapp
						CONN MACIEL CAREY LLP
						53 W. Jackson Blvd., Suite 1352
						Chicago, Illinois 60604
						(312) 809-8122
						mtrapp@connmaciel.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Unopposed Request To Hold Respondent's Motion To Transfer In Abeyance** was served on June 24, 2024, by electronic delivery, on the following Respondents:

April E. Nelson, Esq.
Associate Solicitor
U.S. Department of Labor
Division of Mine Safety and Health
201 12th Street South - Suite 401
Arlington, VA 22202-5414
nelson.april@dol.gov

Emily Scott, Esq.
Counsel for Appellate Litigation
U.S. Department of Labor
Division of Mine Safety and Health
201 12th Street South - Suite 401
Arlington, VA 22202-5414
scott.emily.t@dol.gov

Brad J. Mantel, Esq.
Counsel for Standards and Legal Advice
U.S. Department of Labor
Division of Mine Safety and Health
201 12th Street South - Suite 401
Arlington, VA 22202-5414
mantel.brad.j@dol.gov

*/s/ Mark Trapp*
Mark Trapp